# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS RODERICK OGDEN, | : | **CIVIL NO. 1:19-CV-00609** |
| Petitioner, | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| SUPERINTENDENT ERIC TICE, *et al.*, | : | |
| Respondents. | : | |

# ORDER
August 20, 2019

For the reasons set forth in the accompanying memorandum (*doc. 9*), **IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and the Clerk of Court is directed to close this case. **IT IS FURTHER ORDERED** that the Pennsylvania Attorney General and Patrick L. Robinson are dismissed as respondents.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge